| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Leval, Pierre N | 2. Court or Organization<br><br>U.S. Court of Appeals 2nd Cir. | 3. Date of Report<br><br>5/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (senior) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Thurgood Marshall U.S. Courtho<br><br>40 Foley Square<br><br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

# I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council member | The American Law Institute |
| 2. Trustee & Power of Attorney | ███████ members |
| 3. Member - Photography Committee | Museum of Modern Art |

# II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED MAY 17 10 45 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 4/01/03 | Columbia L/S (fee was donated to school) | 3000 |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | State St. Cultural Inst. Pension Plan |
| 2. | | Smithsonian Institution |
| 3. | | NYC Dep't Cultural Affairs |
| 4. | | Upstate History Alliance |
| 5. | | NY Foundation for the Arts |
| 6. | | Cuban Artists Fund |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Bar Council | 2/15 - Maui, HA - Educational Seminar (Transportation, meals, lodging) |
| 2. | Media Law Resource Center | 9/22 - London, England - Educational Seminar (Transportation, meals, lodging) |
| 3. | NYC Panel for Educational Policy | Transportation to monthly meetings. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | (gifts from relatives - not reportable) | |
| 2. Lotos Club | Complimentary use of facilities for 1 year by reason of speech at Club function. | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. MONY | Loan on life insurance policy | L |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leval, Pierre N | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Abbott Labs (common stock) (self　　　　) | E | Dividend | P1 | T | | | | | |
| 2. AT&T Wireless (common) | | None | | | sold | 4/11 | J | C | |
| 3. Exxon Mobil (common) | D | Dividend | N | T | | | | | |
| 4. Lucent (common) | A | Dividend | | | sold | 4/11 | J | A | |
| 5. Schering Plough (common) (self　　　　) | E | Dividend | P1 | T | | | | | |
| 6. PE Biosystems (common) (Perkin Elmer) (PKI) | B | Dividend | M | T | | | | | |
| 7. PE Celera Genomics (common) (CRA) | | None | L | T | | | | | |
| 8. USX | A | Dividend | J | T | | | | | |
| 9. Daimler Chrysler (common) | A | Dividend | J | T | | | | | |
| 10. FMC Select Fund (common) (self　　　　) | F | Dividend | P1 | T | | | | | |
| 11. * | | | | | buy | 1/03 | J | | |
| 12. * | | | | | buy | 3/06 | J | | |
| 13. * | | | | | buy | 3/13 | J | | |
| 14. * | | | | | buy | 4/16 | J | | |
| 15. * | | | | | buy | 4/22 | J | | |
| 16. * | | | | | buy | 5/28 | J | | |
| 17. * | | | | | buy | 6/18 | J | | |
| 18. * | | | | | buy | 8/22 | J | | |

1. Income/Gain Codes: A =$1,000 or less    B =$1,001-$2,500    C =$2,501-$5,000    D =$5,001-$15,000    E =$15,001-$50,000
(See Columns B1 and D4)    F =$50,001-$100,000    G =$100,001-$1,000,000    H1 =$1,000,001-$5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001-$50,000    L =$50,001-$100,000    M =$100,001-$250,000
(See Columns C1 and D3)    N =$250,000-$500,000    O =$500,001-$1,000,000    P1 =$1,000,001-$5,000,000    P2 =$5,000,001-$25,000,000
P3 =$25,000,001-$50,000,000    P4 =$More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash/Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

# FINANCIAL DISCLOSURE REPORT
## Page 2 of 5

Name of Person Reporting
Leval, Pierre N

Date of Report
5/6/2004

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. * | | | | | buy | 9/18 | J | | |
| 20. * | | | | | buy | 11/18 | J | | |
| 21. * | | | | | buy | 12/1 | J | | |
| 22. * | | | | | buy | 12/12 | J | | |
| 23. * | | | | | buy | 1/3 | J | | |
| 24. * | | | | | buy | 2/4 | J | | |
| 25. * | | | | | buy | 5/28 | J | | |
| 26. * | | | | | buy | 8/22 | J | | |
| 27. * | | | | | buy | 9/18 | J | | |
| 28. * | | | | | part sale | 1/9 | J | | |
| 29. * | | | | | part sale | 1/30 | J | | |
| 30. * | | | | | part sale | 3/28 | J | | |
| 31. * | | | | | part sale | 4/28 | J | | |
| 32. * | | | | | part sale | 6/11 | J | | |
| 33. * | | | | | part sale | 6/27 | J | | |
| 34. * | | | | | part sale | 7/28 | J | | |
| 35. * | | | | | part sale | 9/5 | K | | |
| 36. * | | | | | part sale | 10/1 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. " | | | | | part sale | 10/28 | J | A | |
| 38. " | | | | | part sale | 11/26 | J | A | |
| 39. " | | | | | part sale | 12/26 | J | A | |
| 40. Lincoln St. Realty (limited partnership) | | None | J | W | | | | | |
| 41. Hershey (common) | B | Dividend | L | T | | | | | |
| 42. Smith Barney Liquid Res Fund (common) | B | Dividend | K | T | | | | | |
| 43. Gen. American Inv. (common) (GAM) | C | Dividend | M | T | | | | | |
| 44. Chase Bank (account) | B | Interest | J | T | | | | | |
| 45. Bank of New York (account) | | None | K | T | | | | | |

## As to the assets listed below, neither I nor ▓▓▓ have any vested beneficial ownership interest. They are listed because I serve as a trustee.

| A. | B. (1) | (2) | C. (1) | (2) | D. (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|
| 48. AT&T (common stock) | A | Dividend | | | sell | 4/11 | J | - | |
| 49. AT&T Wireless | | None | | | sell | 4/11 | J | C | |
| 50. Lucent (common) | | None | | | sell | 4/11 | J | - | |
| 51. Schering Plough (common) | E | Dividend | O | T | | | | | |
| 52. Warburg Pincus Funds (common) | C | Dividend | L | T | | | | | |
| 53. NCR | | None | | | sell | 4/11 | J | B | |
| 54. Art Works | | None | P1 | W | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Leval, Pierre N | 5/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Agere Sys (Common) | | None | - | | sell | 4/11 | J | - | |
| 56. Comcast A (common) | D | Dividend | - | | sell | 4/11 | K | E | |
| 57. FMC Select Fund (Common) | D | Dividend | N | T | Buy | 4/16 | L | - | |
| 58. " | | | | | sell part | 1/2 | J | | |
| 59. " | | | | | sell part | 1/30 | K | | |
| 60. " | | | | | sell part | 3/24 | K | | |
| 61. " | | | | | sell part | 3/28 | J | | |
| 62. " | | | | | sell part | 8/29 | K | | |
| 63. " | | | | | sell part | 12/16 | J | D | |
| 64. Analog Devices Conv NT 10/1/05 4.750% | D | Interest | | | sell | 10/1 | M | D | |
| 65. Archstone Smith (Common) | C | Dividend | L | T | | | | | |
| 66. Bear Stearns NT 7.625% 12/07/09 | D | Interest | | | sell | 11/22 | M | D | |
| 67. Central Tel NT 7.04% 9/21/07 | D | Interest | M | T | | | | | |
| 68. Consol. Nat Gas NT 6.85% 4/15/11 | D | Interest | M | T | | | | | |
| 69. Fed. Nat. Mtg. Assn. deb. 5/75% 4/15/03 | C | Interest | | | sell | 4/15 | M | | |
| 70. Household Fin NTS 6.5% 11/15/08 | E | Interest | M | T | sell part | 12/19 | M | D | |
| 71. Lehman NT 7.875% 11/1/09 | D | Interest | | | sell | 10/22 | M | D | |
| 72. NY Tel deb. 8.625% 11/15/10 | E | Interest | N | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Leval, Pierre N | 5/6/2004 |

# VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Summit Ppties (Common) | D | Dividend | | | sell part | 4/16 | K | - | |
| 74. " | | | | | sell | 4/17 | K | | |
| 75. Tel & Data Sys 7.0 8/1/06 | D | Interest | M | T | | | | | |
| 76. U.S. Treasury 3.5% 1/15/11 | D | Interest | N | T | | | | | |
| 77. Westinghouse deb. 8.625% 8/1/12 | E | Interest | N | T | | | | | |
| 78. Wisc. Power deb. 7.625% 3/1/10 | E | Interest | N | T | | | | | |
| 79. Fed. Home Loan Bk 5.70% 8/15/11 | | None | L | T | buy | 11/12 | L | | |
| 80. Fed. Home Loan Bk 4.5% 9/16/13 | | None | M | T | buy | 10/22 | M | | |
| 81. Fed. Farm Cr. Bk. 6.01% 4/11/12 | | None | M | T | buy | 11/13 | M | | |
| 82. Fed. Farm Cr. Bk. 4.85% 10/25/12 | | None | M | T | buy | 10/31 | M | | |
| 83. Vornado Realty (common) | D | Dividend | M | T | buy | 4/16 | M | | |
| 84. Wells Fargo Mtg. Backed sec. 4.5% 8/25/18 | B | Interest | M | T | buy | 7/17 | M | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

# IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date ___May 7, 2004___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544